**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00073-CV**

_____

**EX PARTE LONNIE KADE WELSH**

---

**Original Proceeding**
**435th District Court of Montgomery County, Texas**
**Trial Cause No. 15-01-00659-CV**

---

**MEMORANDUM OPINION**

Lonnie Kade Welsh filed an original petition for a writ of habeas corpus. After reviewing the petition and appendices, we conclude that Welsh has not shown that the restraint of liberty is by virtue of a contempt order issued by a court because of the violation of an order previously made by the trial court. *See generally* Tex. Gov't Code Ann. § 22.221(d). Accordingly, the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

PETITION DISMISSED.

PER CURIAM

Submitted on April 21, 2021
Opinion Delivered April 22, 2021

Before Golemon, C.J., Kreger and Horton, JJ.